JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/7/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAMON BYRD,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **EQUINOX HOLDINGS, INC.,** <br><br> Defendant. | Case No. 2:14-cv-08226-MWF-JC <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this 7th day of March, 2016.

_____
Honorable Michael W. Fitzgerald
U.S. District Judge

Order to Dismiss - 1